**BUSH & RAMIREZ, P.L.L.C.**
ATTORNEYS AT LAW
5615 KIRBY, SUITE 900
HOUSTON, TEXAS 77005

TEL: (713) 626-1555
FAX: (713) 622-8077

JULIE C. WARNOCK
jwarnock@bushramirez.com

March 31, 2015

*Via Facsimile @ 1-800-645-1941*
Kevin Kornegay
1009 N. Earl Rudder Frwy.
Bryan, Texas 77805

Re: Cause No. 15-000174-CV-85; *Dale Leland Sledge v. Sam's West, Inc.*; In the 85th Judicial District Court of Brazos County, Texas

## RULE 11 AGREEMENT

Dear Mr. Kornegay:

Please let me know if you would be willing to execute the following agreement.

Plaintiff agrees that, under no circumstances, will he seek an award in excess of $75,000.00 in the above-referenced lawsuit. Plaintiff further agrees that in the event the amount of any prospective jury award exceeds $75,000.00, Plaintiff will not seek to enforce or recover any total judgment amount (inclusive of all causes of action for actual or punitive damages) in excess of $75,000.00. Plaintiff further agrees to amend the prayer in his current pleadings to accurately reflect the terms of this agreement to the extent that the aggregate award for any recovery, including any award of punitive or exemplary damages, will not exceed $75,000.00.

In exchange for the foregoing agreement, Defendant hereby agrees to file an agreed Motion to Remand this case to state court. Plaintiff hereby acknowledges that he has received good and valuable consideration for the foregoing agreement, specifically, Defendant's agreement to remand the above-referenced lawsuit to federal court. Plaintiff and Defendant acknowledge that this agreement meets the requirements of TEX. R. CIV. P. 11, and is enforceable as a contract pursuant to same.



EXHIBIT A
Blumberg No. 5119

If this stipulation meets with your approval, please sign below and return to my office by April 3, 2015.

Sincerely,

Julie C. Warnock

JAR/pmc

AGREED:

Kevin Kornegay
Attorney for Plaintiff